**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Donnie Jermaine LEWIS, also known as D–Lew, Defendant–Appellant.**

**No. 06–30273**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 9, 2008.

Camille Ann Domingue, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

**318**

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

**PER CURIAM:** *

Donnie Jermaine Lewis' sentence is VACATED and this matter is REMANDED to district court for resentencing in the light of *Kimbrough v. United States,* —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007).

SENTENCE VACATED; REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

